UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 22-cv-61147-WPD

DR. TERRY RZEPKOSKI AND KRISTEN
ASSELTA, ON BEHALF OF THE NOVA
UNIVERSITY DEFINED CONTRIBUTION
PLAN, INDIVIDUALLY AND AS A
REPRESENTATIVE OF A CLASS OF
PARTICIPANTS AND BENEFICIARIES,

      Plaintiffs,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC.,

      Defendant.
_____/

## ORDER STRIKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE is before the Court upon the Court's careful consideration of Defendant's Motion for Summary Judgment [DE 28] (the "Motion") and Defendant's Statement of Undisputed Material Facts [DE 29] ("DSOF"), both filed herein on June 21, 2023. The Court is otherwise fully advised in the premises.

Defendant's Statement of Material Facts does not comply with criteria set forth in the Local Rules. *See* L.R. 56.1, which states in relevant part as follows:

(b) Form Required for Statements of Material Facts.

> (1) All Statements of Material Facts. All Statements of Material Facts (whether filed by the movant or the opponent) shall be filed and served as separate documents and not as exhibits or attachments. In addition, the Statements of Material Facts shall:
>
> > (A) Not exceed ten (10) pages;

1

> (B) **Consist of separately numbered paragraphs,** *limited as far as practicable to a single material fact*, **with each fact supported by specific, pinpoint references to particular parts of record material**, including depositions, documents, electronically stored information, affidavits, stipulations (including those made for purposes of the motion only), admissions, and interrogatory answers (e.g., Exhibit D, Smith Affidavit, ¶2; Exhibit 3, Jones deposition, p. 12/lines 4-9).
> The pinpoint citations shall reference pages (and line numbers, if appropriate, of exhibits, designate the number and title of each exhibit, and provide the ECF number of all previously filed materials used to support the Statement of Material Facts. When a material fact requires specific evidentiary support, a general citation to an exhibit without a page number or pincite (e.g., "Smith Affidavit" or "Jones Deposition" or "Exhibit A") is non-compliant. If not already in the record on CM/ECF, the materials shall be attached to the statement as exhibits specifically titled within the CM/ECF system (e.g., Smith Affidavit dated April 12, 2017, Jones Deposition dated May 19, 2018). Reference to a previously filed exhibit shall use the "ECF No." format.

L.R. 56.1 (emphasis added).

As written, numerous of Defendant's asserted facts do not consist of "separately numbered paragraphs, limited as a far as practicable to a single material fact." *See, e.g.*, DSOF ¶¶ 1, 4, 10, 16, 29, 31, 34, 35, 36, 38, 40, 41, 42, 44, 45, 47, 49. [1] The Local Rules specify that "[i]f a party files and serves any Statement of Material Facts that does not comply with this rule, then the Court may strike the Statement…." L.R. 56.1(b)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [DE 28] and Defendant's Statement of Undisputed Material Facts [DE 29] are hereby **STRICKEN.**

---

[1] The citations in this Order should not be construed as an exhaustive list of Defendant's non-compliant facts.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of June, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
Counsel of record