UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 2:22-cv-61147-WPD

DR. TERRY RZEPKOSKI AND KRISTEN
ASSELTA, ON BEHALF OF THE NOVA
UNIVERSITY DEFINED CONTRIBUTION
PLAN, INDIVIDUALLY AND AS A
REPRESENTATIVE OF A CLASS OF
PARTICIPANTS AND BENEFICIARIES,

      Plaintiffs,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC.,

      Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On August 2, 2023, the Court issued an Order [DE 46] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice.[1] From the record, however, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **August 24, 2023**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

---

[1] While the parties' Joint Scheduling Report suggested November 15, 2023 as the deadline to select a mediator, *see* [DE 45], the deadlines in the Court's Scheduling Order [DE 46] control.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of August, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record