UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-61147-WPD

DR. TERRY RZEPKOSKI and KRISTEN ASSELTA, ON BEHALF OF THE NOVA UNIVERSITY DEFINED CONTRIBUTION PLAN, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES,

        **Plaintiffs,**

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

        **Defendant.**

## PLAINTIFFS' NOTICE OF FILING

Plaintiffs, by and through undersigned counsel, hereby file the proposed Order which was inadvertently omitted when filing the Unopposed Motion for Extension of Time for Plaintiffs to Move for Class Certification [Doc. 69].

DATED this 26th day of January, 2024.

        Respectfully submitted,

/s/ *Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**LUIS A. CABASSA**
Florida Bar Number: 053643
Direct No.: 813-379-2565
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
Direct Dial: 813-379-2560
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431

        Facsimile: 813-229-8712
        Email: bhill@wfclaw.com
        Email: lcabassa@wfclaw.com
        Email: aheystek@wfclaw.com
        Email: gdesane@wfclaw.com

***Attorneys for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of January, 2024, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice to all counsel of record.

        */s/ Brandon J. Hill*
        **BRANDON J. HILL**