**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 2:22-cv-61147-WPD**

DR. TERRY RZEPKOSKI AND KRISTEN
ASSELTA, ON BEHALF OF THE NOVA
UNIVERSITY DEFINED CONTRIBUTION
PLAN, INDIVIDUALLY AND AS A
REPRESENTATIVE OF A CLASS OF
PARTICIPANTS AND BENEFICIARIES,

        Plaintiffs,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC.,

        Defendant.

## ORDER GRANTING DEFENDANT'S APPEAL OF MAGISTRATE JUDGE'S ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

**THIS CAUSE** comes before the Court on Defendant's Appeal of Magistrate Judge's Order Denying Defendant's Motion for Protective Order ("Defendant's Appeal"), [ECF No. 72]. Defendant's Appeal asks the Court to set aside the Order of United States Magistrate Judge Hunt dated January 19, 2024 ("Magistrate Judge's Order") [ECF No. 68] denying Defendant's Motion for Protective Order [ECF No. 61] and to grant Defendant's Motion for Protective Order. The Court has considered Defendant's Appeal and the record and is otherwise fully advised.

The Court has reviewed the Magistrate Judge's Order and, pursuant to Fed. R. Civ. P. 72(a), finds that it is "clearly erroneous" and "contrary to law." The Court also finds good cause to grant Defendant's Motion for Protective Order. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Defendant's Appeal is **GRANTED** and its objections to the Magistrate Judge's Order are **SUSTAINED.**

2. The Magistrate Judge's Order [ECF No. 68] is **VACATED**.

3. Defendant's Motion for Protective Order [ECF No. 61] is **GRANTED**. Plaintiffs' discovery beyond the administrative record is limited to conflicts-of-interest discovery bounded by the *Cerrito* factors as articulated in *Cerrito v. Liberty Life Ins. Co.*, 209 F.R.D. 663, 664 (M.D. Fla. 2002).

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida on _____, 2024.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

4869-0885-4946, v. 2