UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 2:22-cv-61147-WPD

DR. TERRY RZEPKOSKI AND KRISTEN
ASSELTA, ON BEHALF OF THE NOVA
UNIVERSITY DEFINED CONTRIBUTION
PLAN, INDIVIDUALLY AND AS A
REPRESENTATIVE OF A CLASS OF
PARTICIPANTS AND BENEFICIARIES,

    Plaintiffs,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC.,

    Defendant.
_____/

## ORDER APPROVING JOINT STIPULATION
## REGARDING CLASS CERTIFICATION

THIS CAUSE comes before the Court on the Joint Stipulation Regarding Class Certification (the "Stipulation") [DE 90]. The Court has carefully considered the Stipulation and all other relevant factors. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

The Stipulation [DE 90] is **APPROVED** and incorporated herein as if fully set forth. Based upon the Stipulation, the Court finds that the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(1) are satisfied, and hereby certifies the following Class to pursue the claims set forth in the First Amended Complaint, subject to the terms of the Stipulation:

> All persons who were participants in or beneficiaries of the Plan, at any time between June 15, 2016, and the present (the "Class Period").

**IT IS FURTHER ORDERED** that Plaintiffs Dr. Terry Rzepkoski and Kristen Asselta are appointed as Class representatives and Wenzel Fenton Cabassa, P.A. and McKay Law, LLC are appointed as Class counsel.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida this 25th day of June 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    All Counsel of Record