UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. TERRY RZEPKOSKI and KRISTEN ASSELTA, on behalf of Nova University Defined Contribution Plan, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA SOUTHEASTERN UNIVERSITY,<br><br>Defendant. | Case No. 0:22-cv-61147-WPD |

**ORDER RESETTING FAIRNESS HEARING**

THIS CAUSE is before the Court *sua sponte*. It is hereby **ORDERED** and **ADJUDGED** as follows:

1. The fairness hearing shall be reset to March 7, 2025 at 10:30 AM and will be held at the U.S. District Court, 299 E. Broward Blvd., Courtroom 205B, Fort Lauderdale, Florida 33301.

2. Plaintiffs may give notice to the Settlement Class of the time and place of the Final Fairness Hearing using the Proposed Class Notice approved by the Court in its Order Preliminarily Approving Class Action Settlement.

3. No other deadlines shall be impacted by this Order.

**DONE** and **ORDERED** in Chambers in Fort Lauderdale, Florida this 3rd day of December, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record