UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| DR. TERRY RZEPKOSKI AND KRISTEN ASSELTA, ON BEHALF OF THE NOVA UNIVERSITY DEFINED CONTRIBUTION PLAN, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES,<br><br>            Plaintiffs,<br><br>vs.<br><br>NOVA SOUTHEASTERN UNIVERSITY, INC.,<br><br>            Defendant. | CASE NO.: 0:22-cv-61147-WPD |

**PLAINTIFFS' NOTICE OF (1) FILING INDEPENDENT FIDUCIARY REPORT AND (2) COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT**

Consistent with Paragraph 2 of the Settlement Agreement, Nova Southeastern University, Inc. ("Defendant") retained Fiduciary Counselors on behalf of the Nova University Defined Contribution Benefit Plan ("Plan") to scrutinize the Settlement and opine on whether the Settlement is fair and reasonable to the Plan. A copy of Fiduciary Counselor's Report is attached as Exhibit A. In short, Fiduciary Counselor's conclude, "[a]fter a review of key pleadings, decisions and orders, selected other materials and interviews with counsel for the parties, Fiduciary Counselors has determined that," among other things: "[t]he Settlement terms, including the scope of the release of claims, the amount of cash received by the Plan and the amount of any attorneys' fee award or any other sums to be paid from the recovery, are reasonable in light of the Plan's likelihood of full recovery, the risks and costs of litigation, and the value of claims forgone…. Based on these determinations about the Settlement, Fiduciary Counselors hereby approves and authorizes the Settlement on behalf of the Plan in accordance with PTE 2003-39."

Additionally, Paragraph 2.5 of the Settlement, consistent with the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA"), required Defendant to provide information about the Settlement to the Attorney General of the United States, the Secretary of the Department of Labor, and the Attorneys General of all states in which Class Members reside, as specified by 28 U.S.C. § 1715. Defendant satisfied all CAFA notice requirements. A declaration from Defendant's lead counsel confirming as much is attached as Exhibit B.

Dated this 20th day of February 2025.

Respectfully submitted,

*/s/ Brandon J. Hill*
BRANDON J. HILL
Florida Bar Number: 0037061
LUIS A. CABASSA
Florida Bar Number: 053643
AMANDA E. HEYSTEK
Florida Bar Number: 0285020
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com

MICHAEL C. MCKAY *(pro hac vice)*
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85258
Telephone: (480) 681-7000
Facsimile: (480) 348-3999
Email: mmckay@mckaylaw.us

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of February, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice

2

to all counsel of record.

>
> */s/ Brandon J. Hill*
> **BRANDON J. HILL**