# Exhibit B

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Case No. 2:22-cv-61147-WPD**

DR. TERRY RZEPKOSKI AND KRISTEN
ASSELTA, ON BEHALF OF THE NOVA
UNIVERSITY DEFINED CONTRIBUTION
PLAN, INDIVIDUALLY AND AS A
REPRESENTATIVE OF A CLASS OF
PARTICIPANTS AND BENEFICIARIES,

    Plaintiffs,

v.

NOVA SOUTHEASTERN UNIVERSITY,
INC.,

    Defendant.
_____/

## **DECLARATION OF HOWARD SHAPIRO**

Pursuant to 28 U.S.C. § 1746, **HOWARD SHAPIRO**, under penalty of perjury, declares the following to be true and correct:

1. I am a Principal at the law firm of Jackson Lewis P.C., counsel to Defendants in the above-captioned action. I have been admitted *pro hac vice* to practice before the United States District Court for the Southern District of Florida.

2. I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, et seq. ("CAFA").

3. Attached hereto as **Exhibit 1** is a true and accurate copy of the letter sent on October 21, 2024, pursuant to CAFA ("CAFA Notice") to the Honorable Merrick B. Garland, who, on that date, served as the United States Attorney General. See 28 U.S.C. § 1715(a)-(b). A substantially similar letter was sent to the Attorneys General for all United States and United States Territories and the United States Department of Labor. See 28 U.S.C. § 1715(b).

4. The CAFA Notice provided the definition of the Settlement Class and a reasonable estimate of the number of class members in each state. Enclosed with the CAFA Notice was a CD-ROM containing electronic copies in PDF format of: (i) the First Amended Class Action Complaint; (ii) Plaintiffs' Unopposed Motion for Preliminary Approval of the Parties' Class Action Settlement Agreement; (iii) the Declaration of Michael McKay in Support of Plaintiffs' Motion for Preliminary Approval; (iv) the Class Action Settlement Agreement; (v) the Notice of Class Action Settlement Agreement; (vi) The Proposed Plan of Allocation; (vii) the Proposed Order Preliminary Approving Class Action Settlement; (viii) the Proposed Final Approval Order and Final Judgment; and (ix) a CAFA Notice template. Also enclosed was a table providing a reasonable estimate of the number of class members residing in each state.

5. To the best of my knowledge, based on the tracking numbers associated with the mailings, all CAFA notices were delivered. To the best of my knowledge, Jackson Lewis P.C. has not received any other communications from the recipients of the CAFA Notice.

6. To the best of my knowledge, Defendants have fully complied with CAFA and have satisfied all their obligations thereunder.

7. Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2025 at New Orleans, Louisiana.

                                                  */s/ Howard Shapiro*
                                                  HOWARD SHAPIRO, ESQ.

# EXHIBIT 1

**JacksonLewis**

**Jackson Lewis P.C.**
601 Poydras Street, Suite 1400
New Orleans LA 70130
(504) 208-1755  Direct
(504) 208-1759  Fax
jacksonlewis.com

My Direct Dial is: (504) 208-5835
My Email Address is: Howard.Shapiro@jacksonlewis.com

October 21, 2024

**By First Class Mail, Return Receipt Requested**

Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:   *Rzepkoski, et al. v. Nova Southeastern University, Inc.*, No. 22-61147 (S.D. Fl.)

Dear Attorney General:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant Nova Southeastern University, Inc. ("Nova"), through undersigned counsel, writes to give notice of a proposed settlement in the above-referenced matter.

On October 8, 2024, Plaintiffs' Counsel filed a Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") notifying the United States District Court for the Southern District of Florida of a proposed settlement of the above-captioned matter. On October 11, 2024, the Court directed the parties to re-file the Motion for Preliminary Approval by October 25, 2024 with certain changes. On October 18, 2024, Plaintiffs' Counsel re-filed the Motion for Preliminary Approval with the changes requested by the Court.

The Settlement Agreement contemplates that the Court will certify a class for settlement purposes defined as:

> All participants and beneficiaries of the Nova Southeastern 401(k) Plan from April 1, 2016, through and including September 30, 2024 (the "Class Period").

In accordance with 28 U.S.C. § 1715(b), Defendant provides the following documents on the enclosed CD:

1. Plaintiffs' First Amended Class Action Complaint;

2. Plaintiffs' Unopposed Motion for Preliminary Approval, along with the supporting materials, which include:

**JacksonLewis**

October 21, 2024
Page 2

      *i.*    Declarations from Plaintiffs' Counsel in Support of Plaintiffs' Motion for Preliminary Approval;
     *ii.*   Exhibit 1, Class Action Settlement Agreement
    *iii.*   Exhibit A, Notice of Class Action Settlement;
    *iv.*   Exhibit B, Proposed Plan of Allocation;
     *v.*   Exhibit C, Proposed Order Preliminarily Approving Class Action Settlement;
    *vi.*   Exhibit D, Proposed Final Approval Order and Final Judgment; and
   *vii.*   Exhibit E, CAFA Notice template;

Also, we attach to this letter a table providing a reasonable estimate of the number of class members residing in each state. We note that this table may inflate the number of class members in each state because available data sources include class members who participate simultaneously in multiple defined contribution plans.

The material terms of the settlement are as follows:

> Defendants agree to pay $1,500,000.00 into a Qualified Settlement Fund as provided in Article 5 of the Parties' Settlement Agreement. Class Members are eligible to receive a pro rata share of the amount in the settlement fund remaining after payment of administrative expenses, any attorneys' fees and expenses the Court may award to Plaintiffs' Counsel, the fees of the independent fiduciary. The amount of each Class Member's payment will be based proportionately on his or her Plan investments during the Class Period and will be determined according to a Plan of Allocation that was submitted by Class Counsel to the District Court Judge as part of the preliminary approval proceedings.

As of this date, United States District Judge William P. Dimitrouleas, United States District Court, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, has not scheduled a hearing date for Plaintiffs' Motion for Preliminary Approval of Settlement. There are no other agreements between Class Counsel and Counsel for Defendants. There are no final judgments or notices of dismissal in this matter, nor are there written judicial opinions relating to the materials described under 28 U.S.C. §§ 1715(b)(3)-(6).

We appreciate your time and attention to this matter. Please contact me with any questions or concerns.

Sincerely yours,

*Howard Shapiro*

Howard Shapiro

Enclosures

**JacksonLewis**

October 21, 2024
Page 3

*Rzepkoski, et al. v. Nova Southeastern University, Inc.*
No. 22-61147 (S.D. Fl.)

**Approximate Number of Class Members in Each State or Territory**

| State / Territory | Number of Class Members |
|---|---|
| Alabama | 71 |
| Alaska | 6 |
| Arizona | 75 |
| Arkansas | 16 |
| California | 261 |
| Colorado | 128 |
| Connecticut | 63 |
| Delaware | 16 |
| District of Columbia | 42 |
| Florida | 21,314 |
| Georgia | 439 |
| Hawaii | 12 |
| Idaho | 4 |
| Illinois | 121 |
| Indiana | 78 |
| Iowa | 22 |
| Kansas | 20 |
| Kentucky | 48 |
| Louisiana | 53 |
| Maine | 38 |
| Maryland | 166 |
| Massachusetts | 160 |
| Michigan | 105 |
| Minnesota | 54 |
| Mississippi | 20 |
| Missouri | 45 |
| Montana | 6 |
| Nebraska | 24 |
| Nevada | 70 |
| New Hampshire | 30 |
| New Jersey | 129 |
| New Mexico | 25 |
| New York | 258 |
| North Carolina | 404 |
| North Dakota | 2 |
| Ohio | 93 |
| Oklahoma | 33 |
| Oregon | 52 |

**JacksonLewis**

October 21, 2024
Page 4

| | |
|---|---|
| Pennsylvania | 190 |
| Rhode Island | 34 |
| South Carolina | 136 |
| South Dakota | 6 |
| Tennessee | 145 |
| Texas | 334 |
| Utah | 31 |
| Vermont | 17 |
| Virginia | 192 |
| Washington | 92 |
| West Virginia | 17 |
| Wisconsin | 66 |
| Wyoming | 5 |
| Armed Forces/Military | 4 |
| American Samoa | 1 |
| Guam | 8 |
| Puerto Rico | 110 |
| Northern Mariana Islands | 0 |
| U.S. Virgin Islands | 10 |