# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| DR. TERRY RZEPKOSKI and KRISTEN ASSELTA, on behalf of Nova University Defined Contribution Plan, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA SOUTHEASTERN UNIVERSITY,<br><br>Defendant. | Case No. 0:22-cv-61147-WPD |

## PLAINTIFFS' NOTICE OF FILING PROPOSED FINAL ORDER

In accordance with the Court's instructions at the final fairness hearing on March 7, 2025, Plaintiffs respectfully filed the attached amended Proposed Final Order (*see* Exhibit A) granting final approval of the Parties' class action settlement. A Word version is also being e-mailed to the Court.

Dated this 10th day of March, 2025.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL,** FL Bar No.: 37061
**LUIS A. CABASSA,** FL Bar No.: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Ave., Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Email: bhill@wfclaw.com

1

Email: lcabassa@wfclaw.com

**MICHAEL C. MCKAY**
*Pro Hac Vice*
**MCKAY LAW, LLC**
5635 N. Scottsdale Road, Suite 170
Scottsdale, Arizona 85250
Telephone: (480) 681-7000
Email: mckay@mckay.law
*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**

2