**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:22-cv-61147-WPD**

DR. TERRY RZEPKOSKI and KRISTEN ASSELTA, ON BEHALF OF THE NOVA UNIVERSITY DEFINED CONTRIBUTION PLAN, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES,

Plaintiffs,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

Defendant.

**JOINT NOTICE OF NON-OBJECTION TO REPORT AND RECOMMENDATION**

Plaintiffs, Dr. Terry Rzepkoski and Kristen Asselta, and Defendant, Nova Southeastern University, Inc. (collectively "the Parties), file this joint notice respectfully informing the Court that neither object to the Report and Recommendation issued on May 28, 2025 (ECF No. 109), in which United States District Court Magistrate Judge Patrick M. Hunt recommended the Court grant Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs (ECF No. 102.)

1

DATED this 30th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/Brandon J. Hill* | */s/ Valerie L. Hooker* |
| **BRANDON J. HILL** | **Valerie L. Hooker, Esq.** |
| Florida Bar Number: 37061 | Florida Bar No. 113688 |
| **LUIS A. CABASSA** | Email: Valerie.Hooker@jacksonlewis.com |
| Florida Bar Number: 0053643 | **JACKSON LEWIS P.C.** |
| **AMANDA E. HEYSTEK** | One Biscayne Tower, Suite 3500 |
| Florida Bar Number: 0285020 | 2 South Biscayne Boulevard |
| **WENZEL FENTON CABASSA, P.A.** | Miami, Florida 33131 |
| 1110 North Florida Ave., Suite 300 | Telephone: (305) 577-7600 |
| Tampa, Florida 33602 | |
| Direct: 813-337-7992 | **Howard Shapiro, Esq.*** |
| Main: 813-224-0431 | Email: Howard.Shapiro@jacksonlewis.com |
| Facsimile: 813-229-8712 | **Adam R. Carlisle, Esq.*** |
| Email: bhill@wfclaw.com | Email: Adam.Carlisle@jacksonlewis.com |
| Email: lcabassa@wfclaw.com | **Alex E. Hotard, Esq.*** |
| Email: gnichols@wfclaw.com | Email: Alex.Hotard@jacksonlewis.com |
| | **JACKSON LEWIS P.C.** |
| **MICHAEL C. MCKAY** | 601 Poydras Street, Suite 1400 |
| Pro Hac Vice | New Orleans, Louisiana 70130 |
| **MCKAY LAW, LLC** | Telephone: (504) 208-1755 |
| 5635 N. Scottsdale Road, Suite 170 | Facsimile: (504) 208-1759 |
| Scottsdale, Arizona 85258 | Michael E. Holzapfel, Esq.* |
| Telephone: (480) 681-7000 | Email: Michael.Holzapfel@jacksonlewis.com |
| Facsimile: (480) 348-3999 | **JACKSON LEWIS P.C.** |
| Email: mmckay@mckaylaw.us | 766 Shrewsbury Avenue |
| | Tinton Falls, NJ 07724 |
| *Attorneys for Plaintiffs and* | Telephone: 732-532-6148 |
| *the Class* | Facsimile: 732-842-0301 |
| | |
| | -and- |
| | |
| | **Richard A. Beauchamp, Esq.** |
| | Florida Bar No. 471313 |
| | Email: rbeauchamp@panzamaurer.com |
| | **Panza, Maurer & Maynard P.A.** |
| | 2400 East Commercial Boulevard Suite 905 |
| | Fort Lauderdale, FL 33308 |
| | Telephone: (954) 390-0100 |
| | |
| | *Admitted Pro Hac Vice |
| | |
| | *Counsel for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2025, I caused a true and correct copy of the foregoing document to be filed with the Court using the Clerk's CM/ECF system, which will then send a notice of electronic filing to all Counsel of Record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
