UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61147-CIV-DIMITROULEAS

*DR. TERRY RZEPKOSKI*
*on behalf of the Nova University*
*Defined Contribution Plan*
*individually and as a representative*
*of a class of participants and beneficiaries*,

    Plaintiff,

vs.

TOWN OF PALM BEACH SHORES,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiffs Motion for Attorney Fees and Costs [DE 102] filed on January 21, 2025, and the May 28, 2025, Report and Recommendation of Magistrate Judge Hunt, entered on May 28, 2025. [DE 109].

The Court notes that Judge Hunt recommends the approval of Plaintiff's Motion in full. [DE 109]. The Parties have filed a joint notice of non-objection in the record [DE 110]. Accordingly, the Magistrate Judge's findings in the Report [DE 109] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Hunt's Report and Recommendation. [DE 109] is **ADOPTED** and **APPROVED**.

2. Plaintiff's Motion [DE 102] is **GRANTED** as follows:

      a. Plaintiffs' counsel is awarded attorneys' fees in the amount of $500,000, which is equal to 33.3% percent of the Settlement Fund.

      b. Plaintiffs' counsel is awarded litigation costs totaling $8,051.35.

3. This case remains closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of June 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Reinhart